

NOURSE & BOWLES, LLP
Attorneys for Plaintiff
EMERALDIAN LIMITED PARTNERSHIP
One Exchange Plaza
At 55 Broadway
New York, NY  10006-3030
(212) 952-6200

**08 CV - 2991**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EMERALDIAN LIMITED PARTNERSHIP,          :
                                          :
                    Plaintiff,            :
                                          :   08 Civ.      (   )
        - against -                       :
                                          :   **VERIFIED COMPLAINT**
WELLMIX SHIPPING LIMITED,                 :
                                          :
                    Defendant.            :
-----------------------------------------------------------X

Plaintiff, Emeraldian Limited Partnership ("Plaintiff"), by its attorneys, Nourse & Bowles, LLP, complaining of the above-named defendant, Wellmix Shipping Limited ("Defendant"), alleges on information and belief as follows:

1.   This is a case of admiralty and maritime jurisdiction, as hereinafter more fully appears, and is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.  The Court has admiralty jurisdiction under 28 U.S.C. § 1333.

2.   At all material times, Plaintiff was and now is a partnership or other business entity organized and existing under the laws of Liberia with an office and

place of business c/o Zodiac Maritime Agencies Ltd., 13th Floor, Sea Containers House, 20 Upper Ground, London SE1 9PD, United Kingdom.

3.  At all material times, Defendant was and now is a corporation or other business entity organized and existing under the laws of a foreign country with an office and place of business at 23 Connaught Road, Hong Kong.

4.  Pursuant to a contract of voyage charter party dated December 3, 2007, Plaintiff, as disponent owner, chartered the vessel M/V VINE (the "Vessel") to Defendant, as charterer, for a voyage from Itaguai, Brazil to Shekou, P.R.C. The charter provides for resolution of disputes between the parties in the High Court of London with English law to apply.

5.  On or about January 8, 2008, the Vessel arrived at Itaguai, Brazil, the port of loading. Under the charter, Defendant was given a certain amount of allowed laytime at the port of loading for the Vessel's call at that port with allowed laytime to be counted in accordance with the terms of the charter. The Vessel was delayed for an extended period at Itaguai, however, and allowed laytime was exceeded and demurrage became due from Defendant to Plaintiff. More specifically, Plaintiff claimed a total of $5,652,976.41 in demurrage whereas Defendant has conceded and paid $559,961.11 in demurrage. As a result of the foregoing, demurrage remains due from Defendant to Plaintiff in the amount of $5,093,015.30, no part of which has been paid although duly demanded, together

with interest and costs. Attached as Exhibit "A" is a copy of Plaintiff's demurrage invoice in the original amount of $5,652,976.41.

6. By reason of the foregoing premises, Defendant has therefore breached its contract with Plaintiff and currently owes to Plaintiff the principal amount of $5,093,015.30 together with interest and costs.

7. Costs, including solicitor's fees are routinely awarded to the successful party in London and Plaintiff claims the total of $1,000,000 representing a reasonable estimate of the likely solicitor's counsel's fees and costs based on current exchange rates to present and determine Plaintiff's claim in London.

8. Interest is also routinely awarded to the prevailing party in London and Plaintiff estimates interest of about $1,500,000 on the principal amount of its claims based on compound interest at the rate of 8.5% calculated quarterly, as is the custom in London, for a period of 3 years, the said period of time being a reasonable estimate for resolution of the claims in London.

9. By reason of the foregoing premises, Plaintiff claims the total sum of $7,593,015.30 against Defendant, as best as can presently be calculated.

10. Defendant cannot be found within the district within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, but Defendant is believed to have or will have during the pendency of this action, assets within this district consisting of

cash, funds, freight, hire or credits including but not limited to electronic fund transfers in the hands of garnishees in this District.

WHEREFORE, Plaintiff prays:

    A.    That process in due form of law issue against the Defendant, citing it to appear and answer under oath all and singular the matters alleged in the Complaint;

    B.    That, since Defendant cannot be found within this District pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, this Court issue an order directing the Clerk of the Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, attaching all of Defendant's tangible or intangible property owing or otherwise the property of the Defendant up to the amount of $7,593,015.30 to secure Plaintiff's claims, and that all persons claiming any interest in the same be cited to appear and, pursuant to Supplemental Admiralty Rule B, answer the matters alleged in the Complaint.

C.  That such property attached pursuant the Process of Maritime Attachment and Garnishment remain sequestered to serve as security for the payment of Plaintiff's claims; and

D.  That, following the attachment of sufficient funds to secure Plaintiff as prayed herein, that action be stayed pending resolution of the merits of the claim in London in accordance with the governing contract.

E.  That Plaintiff have such other, further and different relief as may be just and proper.

Dated: New York, New York
      March 24, 2008

    NOURSE & BOWLES, LLP
    Attorneys for Plaintiff

    By:_____
    Armand M. Paré, Jr. (AP-8575)
    One Exchange Plaza, At 55 Broadway
    New York, NY  10006-3030
    (212) 952-6200

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

ARMAND M. PARÉ, JR., being duly sworn, deposes and says:

I am a member of the firm of Nourse & Bowles, LLP, attorneys for plaintiff herein and I have read the foregoing Verified Complaint and know the contents thereof and that the same are true to my own knowledge, except as to the matters herein stated to be alleged on information and belief, and as to those matters I believe them to be true.

The source of my information is documents, records and other information submitted to me on behalf of the plaintiff.

This verification is made by me because plaintiff is a foreign corporation.

_____

Sworn to before me this
24th day of March, 2008

_____
Notary Public

JANE COLASURDO
Notary Public, State Of New York
No. 31/4786002
Qualified In New York County
Commission Expires April 30, 2011

6

HOLMAN FENWICK WILLAN  Fax:02074810316                12 Mar 2008  15:06       P.02



Zodiac Maritime Agencies Ltd.

Lynton House, 7/12 Tavistock Square
London                WC1H 9TP

Telephone    44-2073332222
Facsimile    44-2073332233
Email        operations@zodiac-maritime.com

Date         18/02/2008

Reference    Wellmix
Vessel       Vine
Voyage No.   67
T/C No.      W2201
C/P Dated    03/12/2007

To: Wellmix Shipping Ltd.

| Invoice | US$ | US$ |
|---|---|---|
| Load Port Demurrage | | |
| 36 Days 16hrs 59min @ Usd 160,000.00 pd | | 5,873,222.24 |
| Less 3.75% Address commission | 220,245.83 | |
| **DEMURRAGE PAYABLE LATEST 15/03/08 ON PASSING SINGAPORE.** | | |
| **Amount Due** | | **5,652,976.41** |

PLEASE NOTE BANKING DETAILS
TO:               CHASE NEW YORK
SWIFT CODE:       CHASUS33
ACCOUNT NUMBER:   400807041

FOR THE ACCOUNT OF: NORDEA BANK, LONDON
                    8th FLOOR, CITY PLACE HOUSE,
                    55 BASINGHALL STREET,
                    LONDON EC2V 5NB
SWIFT CODE:         NDEAGB2L
US DOLLAR ACCOUNT NO: 54111122
IBAN NO: GB 92NDEA40487854111122
ATTENTION: PAYMENT PROCESSING
FOR THE ACCOUNT OF: ZODIAC MARITIME AGENCIES
                    LIMITED POOL ACCOUNT



FENWICK WILLAN   Fax:02074810316                12 Mar 2008  15:06    P.03

## Laytime Calculation

| Vessel Name | : Vine | | Ref. | : W2201 |
|---|---|---|---|---|
| Owner | : Emaraldian Limited Partne. | | Ref. Date | : 18 Feb 08 |
| Charterer | : Wellmix | | C/P. Date | : 03 Dec 07 |
| Cargo Name | : Iron ore | | B/L. Date | : |

### Terms Loading.

50,000 m.t.p.d. Shinc. US$160,000/80,000 p.d. Cargo 121,003. Laytime saved.

| Port | Arrived | N.O.R. | Commenced | Completed | Sailed |
|---|---|---|---|---|---|
| Itagaui | 08 Jan 08 00:38 | 08 Jan 08 00:38 | 08 Jan 08 06:38 | 16 Feb 08 14:05 | 16 Feb 08 14:05 |

| Ports & Totals | Time Used | Time Alwd | Demurrage |
|---|---|---|---|
| Itagaui | 39 03 04 | | |
| Total Loading | 39 03 04 | 02 10 05 | 36 16 59 |

| Demurrage at Load | 36.707639 days @ US$ | 160,000.00 = US$ | 5,873,222.24 |
|---|---|---|---|



A.B.C. / S.C.S

Page 1

LMAN FENWICK WILLAN   Fax:02074810316          12 Mar 2008  15:06    P.04

Loading at Itagaui  Basis Shinc.

| Date | Day | Time | Event | Counts | Laytime | Demurrage |
|---|---|---|---|---|---|---|
| 08 Jan 08 | Tue | 00:38 | Notice of readiness. | No | | |
| | | 06:38 | Time starts to count. | Yes | 00 17 22 | |
| 09 Jan 08 | Wed | | | | 01 00 00 | |
| 10 Jan 08 | Thu | | | | 00 16 43 | |
| 11 Jan 08 | Fri | | | | | 00 07 17 |
| 12 Jan 08 | Sat | 06:36 | Anchor aweigh | No | | 01 00 00 |
| | | 08:20 | Anchored inner anchorage | Yes | | 00 06 36 |
| 13 Jan 08 | Sun | | | | | 00 15 40 |
| 14 Jan 08 | Mon | | | | | 01 00 00 |
| 15 Jan 08 | Tue | | | | | 01 00 00 |
| 16 Jan 08 | Wed | | | | | 01 00 00 |
| 17 Jan 08 | Thu | | | | | 01 00 00 |
| 18 Jan 08 | Fri | | | | | 01 00 00 |
| 19 Jan 08 | Sat | | | | | 01 00 00 |
| 20 Jan 08 | Sun | | | | | 01 00 00 |
| 21 Jan 08 | Mon | | | | | 01 00 00 |
| 22 Jan 08 | Tue | | | | | 01 00 00 |
| 23 Jan 08 | Wed | | | | | 01 00 00 |
| 24 Jan 08 | Thu | | | | | 01 00 00 |
| 25 Jan 08 | Fri | | | | | 01 00 00 |
| 26 Jan 08 | Sat | | | | | 01 00 00 |
| 27 Jan 08 | Sun | | | | | 01 00 00 |
| 28 Jan 08 | Mon | | | | | 01 00 00 |
| 29 Jan 08 | Tue | | | | | 01 00 00 |
| 30 Jan 08 | Wed | | | | | 01 00 00 |
| 31 Jan 08 | Thu | | | | | 01 00 00 |
| 01 Feb 08 | Fri | | | | | 01 00 00 |
| 02 Feb 08 | Sat | | | | | 01 00 00 |
| 03 Feb 08 | Sun | | | | | 01 00 00 |
| 04 Feb 08 | Mon | | | | | 01 00 00 |
| 05 Feb 08 | Tue | | | | | 01 00 00 |
| 06 Feb 08 | Wed | | | | | 01 00 00 |
| 07 Feb 08 | Thu | | | | | 01 00 00 |
| 08 Feb 08 | Fri | | | | | 01 00 00 |
| 09 Feb 08 | Sat | | | | | 01 00 00 |
| 10 Feb 08 | Sun | | | | | 01 00 00 |
| 11 Feb 08 | Mon | | | | | 01 00 00 |
| 12 Feb 08 | Tue | | | | | 01 00 00 |
| 13 Feb 08 | Wed | | | | | 01 00 00 |
| 14 Feb 08 | Thu | | | | | 01 00 00 |
| 15 Feb 08 | Fri | 13:11 | Anchor aweigh | No | | 01 00 00 |
| | | 15:50 | All fast | Yes | | 00 13 11 |
| 16 Feb 08 | Sat | 13:55 | Complete loading | Yes | | 00 08 10 |
| | | 14:05 | Vessel completed. | | | 00 13 55 |
| | | | | | | 00 00 10 |
| | | | | Total | 02 10 05 | 36 16 59 |

A.B.C. / S.C.S