JUDGE HOLWELL

NOURSE & BOWLES, LLP
Attorneys for Plaintiff
EMERALDIAN LIMITED PARTNERSHIP
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

**08 CV 2991**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EMERALDIAN LIMITED PARTNERSHIP,        :
                                                                       :
                    Plaintiff,                                 :
                                                                       :    08 Civ.        (   )
        - against -                                            :
                                                                       :    **FRCP 7.1**
WELLMIX SHIPPING LIMITED,              :
                                                                       :
                    Defendant.                              :
------------------------------------------------------------X

MAR 24 2008
U.S.D.C. S.D.N.Y.
CASHIERS

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Emeraldian Limited Partnership has no parent corporation and no publicly traded company in the United States owns 10% or more of its stock.

Dated:  New York, New York
        March 24, 2008

                                                NOURSE & BOWLES, LLP
                                                Attorneys for Plaintiff
                                                EMERALDIAN LIMITED PARTNERSHIP

                                                By:_____
                                                    Armand M. Paré, Jr. (AP-8575)
                                                    One Exchange Plaza
                                                    At 55 Broadway
                                                    New York, New York 10006
                                                    (212) 952-6200